### 3618. STANLEY *v.* THE STATE.

RUSSELL, J. The circumstantial evidence, in connection with the incriminatory admission of the defendant, sufficiently proves the corpus delicti. See *Garnett* v. *State*, ante, 109 (72 S. E. 951). The verdict of guilty is amply supported by the evidence, and the record is free from material error.

DECIDED NOVEMBER 20, 1911.

Indictment for larceny from house; from Bibb superior court—Judge Felton. July 6, 1911.

*B. J. Fowler,* for plaintiff in error.

*Walter J. Grace, solicitor-general,* contra.